UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEMOND SMITH,

    Petitioner,

v.

Case No. 4:21-cv-10422
Hon. Matthew F. Leitman

JONATHAN HEMINGWAY,

    Respondent.
_____/

## JUDGMENT

In accordance with the Court's Opinion and Order Denying Petition for a Writ of Habeas Corpus (ECF No.1), entered on today's date,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent and against Petitioner.

                                            KINIKIA ESSIX
                                            CLERK OF COURT

                                By:   s/Holly A. Monda
                                               Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  December 14, 2021
Flint, Michigan